LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
E-mail: leonel@stubbsleone.com
           leedc@stubbsleone.com

Attorneys for Defendant
PAMELA E. ROSKOWSKI (improperly referred to as "RUSKOWSKI")


RANDOLPH E. DAAR, ESQ. (SBN: 88195)
506 Broadway
San Francisco, CA 94133
Telephone:  (415) 986-5591
Facsimile:   (415) 421-1331
E-mail: rdaar@pier5law.com

Attorneys for Plaintiff
ERIC BORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BORG,<br><br>             Plaintiff,<br><br>        vs.<br><br>PAMELA E. RUSKOWSKI, UCSF CHIEF OF POLICE, DOES 1-20<br><br>             Defendants. | Case No.:   C 12 5877 TEH<br><br>**STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT and DISMISSAL OF DEFENDANT PAMELA E. ROSKOWSKI** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

---

STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT        Case No. C 12 5877 TEH
1

1. On or by February 15, 2013 defense counsel will provide to plaintiff's counsel the names of the University of California at Los Angeles Police Department officers and the University of California at San Francisco Police Department officers who had contact with plaintiff during the incident subject to this litigation.

2. Plaintiff will dismiss Chief Pamela Roskowski (erroneously sued herein as ("Pamela Ruskowksi") from this lawsuit with prejudice no later than February 19, 2013.

3. Plaintiff will file a First Amended Complaint on or by March 5, 2013.

4. Defense counsel will accept service of the First Amended Complaint and has until April 5, 2013 to respond to the First Amended Complaint.

Dated: February 19, 2013     **STUBBS & LEONE**

_____/s/_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorney for Defendant
PAMELA E. ROSKOWKSI (erroneously sued herein as PAMELA E. RUSKOWSKI")

Dated: February 19, 2013     **LAW OFFICES OF RANDOLPH E. DAAR**

_____/s/_____
RANDOLPH E. DAAR, ESQ.
Attorney for Plaintiff
ERIC BORG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 02/21/2013 _____
DISTRICT JUDGE THELTON HENDERSON

