LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail: leonel@stubbsleone.com
　　　　leedc@stubbsleone.com

Attorneys for Defendant
PAMELA E. ROSKOWSKI (improperly referred to as "RUSKOWSKI")

RANDOLPH E. DAAR, ESQ. (SBN: 88195)
506 Broadway
San Francisco, CA 94133
Telephone:  (415) 986-5591
Facsimile:    (415) 421-1331
E-mail: rdaar@pier5law.com

Attorneys for Plaintiff
ERIC BORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BORG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAMELA E. RUSKOWSKI, UCSF CHIEF OF POLICE, DOES 1-20<br><br>　　　　Defendants. | Case No.:   C 12 5877 TEH<br><br>**STIPULATION AND [PROSED ORDER] DISMISSING DEFENDANT PAMELA E. ROSKOWSKI (ERRONEOUSLY SUED AS ("PAMELA E. RUSKOWSKI") WITH PREJUDICE PURSUANT TO FRCP RULE 41** |

　　The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

1  IT IS STIPULATED by and between the parties to the above captioned litigation, by and through their undersigned counsel of record, that the Defendant PAMELA E. ROSKOWSKI (erroneously sued herein as "PAMELA RUSKOWSKI" be dismissed from this action with prejudice.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  February 19, 2013			**STUBBS & LEONE**

_____/s/_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorney for Defendant
PAMELA E. ROSKOWKSI (erroneously sued herein as PAMELA E. RUSKOWSKI")

Dated:  February 19, 2013			**LAW OFFICES OF RANDOLPH E. DAAR**

_____/s/_____
RANDOLPH E. DAAR, ESQ.
Attorney for Plaintiff
ERIC BORG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 02/21/2013  _____
DISTRICT JUDGE HENDERSON

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*