LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail: leedc@stubbsleone.com

Attorneys for Defendants
HENRY YEE, ANTHONY MUZIO,
SCOTT SCHEFFLER and JONATHAN REYES

RANDOLPH E. DAAR, ESQ. (SBN: 88195)
**LAW OFFICES OF RANDOLPH E. DAAR**
506 Broadway Street
San Francisco, CA 94133
Telephone:  (415) 986-5591
Facsimile:    (415) 421-1331
E-mail: rdaar@pier5law.com

Attorneys for Plaintiff
ERIC BORG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BORG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YEE, et al<br><br>　　　　Defendants. | Case No.:   C 12 5877 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties to the above-captioned litigation hereby stipulate by and through their undersigned counsel of record as follows:

///

///

---

WHEREAS, on July 11, 2013 the parties reached an agreement to waive their claims for attorneys' fees and costs in return for the Plaintiff agreeing to dismiss the entire action with prejudice.

WHEREAS, Plaintiff, ERIC BORG hereby requests that this Court dismiss this entire action with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 12, 2013    **LAW OFFICES OF RANDOLPH E. DAAR**

_____/S/_____
RANDOLPH E. DAAR, ESQ.
Attorney for Plaintiff ERIC BORG

Dated: July 12, 2013    **STUBBS & LEONE**

_____/S/_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants HENRY YEE, ANTHONY MUZIO, SCOTT SCHEFFLER and JONATHAN REYES

**PURSUANT TO STIPULATION, IT IS SO ORDERED. THE ENTIRE ACTION IS DISMISSED WITH PREJUDICE.**

DATED: 07/15/2013



United_____
THELTON E. HENDERSON
Judge Thelton E. Henderson